

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of B.P. and B.P., children,    * From the 35th District Court
                                         of Brown County,
                                         Trial Court No. CV 20-01-036.

No. 11-20-00198-CV                        * September 25, 2020

                                              * Per Curiam Memorandum Opinion
                                              (Panel consists of: Bailey, C.J.,
                                              Stretcher, J., and Wright, S.C.J.,
                                              sitting by assignment)
                                              (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.